Raul B. Garcia, SBN 131912
GARCIA REED & RAMIREZ LLP
1447 Ford Street, Suite 200A
Redlands, CA 92374
Telephone: (951) 530-4810
Facsimile: (951) 900-4330
E-Mail: raul@garciareed.com

Attorneys for Plaintiffs, SYMONS EMERGENCY SPECIALTIES, INC., a California Corporation; JEFF T. GRANGE, M.D., INC., dba Grange Emergency Medical Services, a California Corporation; JEFF T. GRANGE, an individual;

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMONS EMERGENCY SPECIALTIES, INC., a California Corporation; JEFF T. GRANGE, M.D., INC., dba Grange Emergency Medical Services, a California Corporation; Jeff. T. Grange, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RICARDO LARA, in his official capacity as Commissioner of the Department of Insurance; SISTEMAS MEDICOS NACIONALES, S.A. de C.V. dba SIMNSA HEALTH PLAN, and DOES 1 through 100.<br><br>Defendants | CASE NO. 5:20-cv-00183<br><br>**SUPPLEMENTAL DECLARATION OF DECLARATION OF RAUL B. GARCIA RE NOTICE AND EXIGENCY IN SUPPORT OF EX PARTE APPLICATION FOR TRO AND PRELIMINARY INJUNCTION BY PLAINTIFFS**<br><br>**(EX PARTE APPLICATION AND MEMORANDUM FILED CONCURRENTLY HEREWITH)**<br><br>Judge: Honorable Fernando M. Olguin<br>Department: 6D<br>Complaint Filed: January 27, 2020 |

## **DECLARATION OF RAUL B. GARCIA RE NOTICE AND EXIGENCY**

**I, RAUL B. GARCIA DECLARE AS FOLLOWS**:

1.   I am an attorney at law, duly licensed to practice and practicing law before all the United States District Court in the Central District of California. I am the managing partner at

GARCIA REED & RAMIREZ, LLP
ATTORNEYS AT LAW
1447 FORD STREET, STE 200A
REDLANDS, CA 92374
(951) 530-4810

1
EX PARTE APPLICATION BY PLAINTIFFS FOR TRO AND PRELIMINARY INJUNCTION

1. Garcia Reed Ramirez LLP, attorneys of record for Plaintiffs SYMONS EMERGENCY SPECIALTIES, INC. ("SES"), a California Corporation, JEFF T. GRANGE, M.D., INC., dba Grange Emergency Medical Services ("GEMS"), a California Corporation and JEFF T. GRANGE ("Grange"), an individual. I have personal knowledge of the matters stated herein, and if called upon to testify, I could and would competently testify thereto.

2. After filing my initial declaration with this court, I received an e-mail from counsel for the Department of Insurance. That attorney, who copied counsel for SIMNSA in the state court action, advised that they would not be stipulating to a stay. I served all counsel with a copy of my ex parte pleadings and notified them of this courts standing order that defendants had 24 hours to file an opposition.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on **February 5, 2020**, in the City of Redlands, County of San Bernardino, State of California.

*Raul B. Garcia*
_____
RAUL B. GARCIA

GARCIA REED & RAMIREZ, LLP
ATTORNEYS AT LAW
1447 FORD STREET, STE 200A
REDLANDS, CA 92374
(951) 530-4810

2
EX PARTE APPLICATION BY PLAINTIFFS FOR TRO AND PRELIMINARY INJUNCTION

## PROOF OF SERVICE

### *[F.R.C.P. 5]*

Re: Symons v. State of California; CASE NO.  5:20-cv-00183

I am employed in the County of San Bernardino, State of California and am over the age of 18 years and not a party to the within action.  My business address is 1447 Ford Street, Suite 200A, Redlands, CA 92374.

On **February 5, 2020**, I served the following documents described below on the interested parties by placing the true copies thereof enclosed in a sealed envelope addressed as shown in the attached service list:  **DECLARATION OF RAUL B. GARCIA REGARDING NOTICE AND EXIGENCY IN SUPPORT OF EX PARTE APPLICATION**

[X]  **BY MAIL** - I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing.  Under that practice, it would be deposited with the United States Postal Service on the same day in the ordinary course of business, with postage thereon fully prepaid at Redlands, California.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  **BY PERSONAL SERVICE** - I caused such envelope to be delivered by hand to the offices of the addressee pursuant to C.C.P. § 1011.

[ ]  **BY EXPRESS MAIL/OVERNIGHT DELIVERY** - I caused such envelope to be delivered by hand to the office of the addressee via overnight delivery pursuant to C.C.P. § 1013(c), with delivery fees fully prepaid or provided for.

[ ]  **BY FACSIMILE** - I caused such document to be delivered to the office of the addressee via facsimile machine pursuant to C.C.P. § 1013(e).  Said document was transmitted to the facsimile number of the office of the addressee from the office of Garcia Reed & Ramirez LLP, in Redlands, California, on the date set forth above.  The facsimile machine I used complied with California Rules *of Court*, Rule 2003(3) and no error was reported by the machine.  Pursuant to California *Rules of Court*, Rule 2009(i), I caused the machine to print a record of the transmittal, a copy of which is attached to this declaration.

[X]  **BY ELECTRONIC/EMAIL** - I caused such document to be delivered to the office of the addressee via electronic e-mail pursuant to C.C.P. §1013(a).  Said document was transmitted to the email address of that office which is listed on the above Service List.  Said document was served electronically and the transmission was reported as complete and without error.

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on February 5, 2020 in Redlands, California.**

*Raul B. Garcia*
RAUL B. GARCIA

Garcia Reed & Ramirez, LLP
Attorneys At Law
1447 Ford Street, Ste 200A
Redlands, CA  92374
(951) 530-4810

1
EX PARTE APPLICATION BY PLAINTIFFS FOR TRO AND PRELIMINARY INJUNCTION

**SERVICE LIST**
U.S. District Court Central District of California
Case No. 5:20-cv-00183

| | |
|---|---|
| Mitchell S. Neumeister SBN 285817<br>**CALIFORNIA DEPARTMENT OF INSURANCE**<br>45 Fremont Street, 21st Floor<br>San Francisco, CA 94105<br>P: (415) 538-4133 | **Attorneys for** Insurance Commissioner of the State of California and the California Department of Insurance |
| Curtis S. Leavitt SBN 162032<br>Jennifer V. Nguyen SBN 289825<br>**KENNEDY LEAVITT OWENSBY PC**<br>621 Capital Mall, 25th Floor<br>Sacramento, CA 95814<br>P: (916) 732-3060<br>E: cleavitt@kennadayleavitt.com<br>jnguyen@kennadayleavitt.com | **Attorneys for Plaintiffs**, People of the State of California, ex rel Sistemas Medicos Nacionales, S.A. de C.V. dba SIMNSA Health Plant |

Garcia Reed & Ramirez, LLP
Attorneys At Law
1447 Ford Street, Ste 200A
Redlands, CA 92374
(951) 530-4810

1
EX PARTE APPLICATION BY PLAINTIFFS FOR TRO AND PRELIMINARY INJUNCTION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GARCIA REED & RAMIREZ, LLP
ATTORNEYS AT LAW
1447 FORD STREET, STE 200A
REDLANDS, CA  92374
(951) 530-4810

2
EX PARTE APPLICATION BY PLAINTIFFS FOR TRO AND PRELIMINARY INJUNCTION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GARCIA REED & RAMIREZ, LLP
ATTORNEYS AT LAW
1447 FORD STREET, STE 200A
REDLANDS, CA 92374
(951) 530-4810

1
PROOF OF SERVICE