# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | ED CV 20-0183 FMO (SPx) | Date | April 3, 2020 |
|---|---|---|---|
| Title | Symons Emergency Specialties, Inc., et al. v. Ricardo Lara, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): | |
| None Present | None Present | |

**Proceedings:** (In Chambers) Order to Show Cause re: Filing First Amended Complaint

Pursuant to the Court's Order of March 13, 2020, (Dkt. 30), the court granted defendant's motion to dismiss, and plaintiffs were granted until March 25, 2020, to file a first amended complaint" (See id. at 2). Plaintiffs were "cautioned that failure to timely file a First Amended Complaint may result in this action being dismissed without prejudice for failure to prosecute and/or failure to comply with a court order." (See id.). As of the filing date of this Order, a first amended complaint has not been filed. (See, generally, Dkt.). Nor have plaintiffs filed a notice that they intend to stand on their original Complaint rather than file a first amended complaint. See Edwards v. Marin Park, Inc., 356 F.3d 1058, 1065 (9th Cir. 2004) (to avoid dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, plaintiff must file an amended complaint or a notice that he will stand on the dismissed complaint). Even though plaintiff's first amended complaint was due on March 25, 2020, the court will give plaintiffs one final opportunity to file a first amended complaint. Plaintiff are again admonished to carefully consider the arguments raised by defendant in his motion to dismiss and the concerns raised by the court. (See Dkt. 30, Court's Order of March 13, 2020, at 1-2).

Based on the foregoing IT IS ORDERED THAT:

1. If plaintiffs still wish to pursue this action, they are granted until **April 8, 2020**, to file either a first amended complaint or Notice of Intent to Stand on Original Complaint ("Notice of Intent"). Plaintiffs are cautioned that failure to timely file a first amended complaint or Notice of Intent shall result in this action being dismissed without prejudice for failure to prosecute and/or failure to comply with a court order. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Edwards, 356 F.3d at 1065.

2. Defendants shall file their Answer to the first amended complaint or a motion pursuant to Fed. R. Civ. P. 12 no later than **April 22, 2020**.

Initials of Preparer     vdr