JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMONS EMERGENCY SPECIALTIES, INC., et al., <br><br>        Plaintiffs, <br><br>        v. <br><br>RICARDO LARA, et al., <br><br>        Defendants. | Case No. ED CV 20-0183 FMO (SPx) <br><br>**JUDGMENT** |

**IT IS ADJUDGED** that the above-captioned case is **dismissed without prejudice**

Dated this 10th day of April, 2020.

/s/<br>
Fernando M. Olguin<br>
United States District Judge